IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-126-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| WILLIAM BANISTER | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, William Banister, on March 1, 2011, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982, to wit, (a) $10,000.00 seized from the defendant's residence on May 25, 2010, (b) $9,468.99 seized from William Banister's Bank of America Account (5-26-2010), (c) $3,147.49 seized from William Banister's Bank of America Account # 000693156154, (d) $45,000.00 seized from William Banister's Bank of America safety deposit Box 453 (5-26-2010), (e) $20,900.00 seized from William Banister's HSBC safety deposit box 202 (6-1-2010), (f) $3,414.08 seized from William Banister's HSBC bank account 647452421 (6-1-2010), (g) $5,000.00 seized from William Banister's Flushing Bank safety deposit box 1099 (6-1-2010), (h) $13,679.25 seized from William Banister's Wachovia bank account (6-8-2010), (i) $2,469.89 seized from William Banister's Wachovia bank account (6-8-2010), (j) $13,559.63 seized from William Banister's Wachovia bank account (6-8-2010); and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the

United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, William Banister, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

2

Case 7:10-cr-00126-BR   Document 36   Filed 07/11/11   Page 2 of 3

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

This 11 July 2011.

_____
W. Earl Britt
Senior U.S. District Judge

3

Case 7:10-cr-00126-BR   Document 36   Filed 07/11/11   Page 3 of 3